February 15, 1973.

M. P. No. 73-22. JAMES H. BORLAND *et ux* v. CHARLES E. DUNN *et ux.* Petition for writ of certiorari granted without prejudice to right of respondents to renew their objections thereto at the hearing on the merits. *Edwards & Angell, John*

*H. Blish,* for petitioners. *Macktaz, Keefer and Kirby, Scott K. Keefer,* for respondents.